THERESA D. HALL, Administratrix of the Estate of MICHAEL H. HALL, and
THERESA D. HALL, Individually v. TOREROS II, INC.

No. 187PA06

(Filed 20 March 2009)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 176 N.C. App. 309, 626 S.E.2d 861 (2006), affirming entry of judgment notwithstanding the verdict in defendant's favor on 1 April 2004 by Judge Abraham Penn Jones in Superior Court, Durham County. Heard in the Supreme Court 13 November 2007.

*Thomas, Ferguson & Mullins, L.L.P., by Jay H. Ferguson; and Twiggs, Beskind, Strickland & Rabenau, P.A., by Howard F. Twiggs, Donald H. Beskind, and Jesse H. Rigsby, IV, for plaintiff-appellants.*

*Patterson, Dilthey, Clay & Bryson, L.L.P., by Phillip J. Anthony and Christopher J. Derrenbacher, for defendant-appellee.*

*Jordan Price Wall Gray Jones & Carlton, by R. Frank Gray, for North Carolina Restaurant and Lodging Association, amicus curiae.*

PER CURIAM.

Justice MARTIN took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See, e.g., Barham v. Hawk*, 360 N.C. 358, 625 S.E.2d 778 (2006).

AFFIRMED.